UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 7, 2011

No. 09-3031

United States of America

v.

Jerry Whitfield, Appellant

(D.N.J. No. 1-08-cr-00685-001)

Present:     BARRY, CHAGARES, and VANASKIE, Circuit Judges

1.     Motion by Appellee to Amend Opinion.

Respectfully,
Clerk/slc

_____ORDER_____

The foregoing motion is GRANTED.

By the Court,

**/s/ Maryanne Trump Barry**
Circuit Judge

Dated:     January 19, 2011
SLC/cc:    Norman Gross
           Maggie F. Moy